UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF SEPTEMBER AND OCTOBER, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of September and October, 2009.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 08-10261 REESE V. MICHIGAN DEPARTMENT OF CORRECTIONS
2. 08-14104 RHE-TECH V. OWENS CORNING
3. 08-14916 ESTATE OF RANDEN HARVEY, ET.AL V. USA
4. 09-10283 JOHNSON V. MAJIC WINDOW CO.,E T.AL
5. 09-10481 RICKS V. AUTO-OWNERS INSURANCE CO.,ET.AL
6. 09-10594 REEVES V. BCBG MAXAZRIA GROUP
7. 08-10740 MURRAY V. CHASE HOME FINANCE, ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  August 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**