AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

WILLIAM REESE,
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

MICHIGAN DEPARTMENT OF CORRECTIONS
Defendant

Case Number: 08-10261

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the Plaintiff recover of the defendant Michigan Department of Corrections the amount of $50,000 with interest as provided by law and his costs of action.

December 6, 2010
Date

DAVID J. WEAVER
Clerk

s/Marilyn Orem
(By) Deputy Clerk
s/Marilyn Orem